UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **v.** | ) | NO. 3:08-00231 |
| | ) | JUDGE ECHOLS |
| **DERRICK LEE CASH** | ) | |

**O R D E R**

Pending before the Court is a Motion to Abate by Death (Docket Entry No. 40) filed by Defendant's counsel, Sumter Camp. Mr. Camp advises the Court that Defendant has passed away and therefore the case should be abated. A copy of the certified death certificate is attached to the Motion. The Motion is hereby GRANTED, and the indictment against Defendant Cash is hereby DISMISSED.

It is so ORDERED.

_____
ROBERT L. ECHOLS
UNITED STATES DISTRICT JUDGE